UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.K., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:14-cv-00694-PSG<br><br>**ORDER RE NOTICE OF SETTLEMENT**<br><br>**(Re: Docket No. 24)** |

The parties have filed a notice of settlement in this case.[1] The court therefore vacates all case management dates. On December 9, 2014 at 10 a.m., the parties shall appear for a settlement status conference.

**IT IS SO ORDERED.**

Dated: September 9, 2014

                               _____
                               PAUL S. GREWAL
                               United States Magistrate Judge

---

[1] *See* Docket No. 24 at 1 ("The parties are pleased to report that this case settled in its entirety . . . . The parties jointly request that the Court vacate all case management dates, and set the case for a Settlement Status Conference in approximately ninety days.").

1

Case No. 5:14-cv-00694-PSG
ORDER RE NOTICE OF SETTLEMENT